FILED
2023 Jul-05  AM 11:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **ABRAHAM KIRONDOMARA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NUMBER:** |
| **v.** | ) | |
| | ) | **5:21-cv-01473-HNJ** |
| **BENCHMARK ELECTRONICS** | ) | |
| **HUNTSVILLE, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Abraham Kirondomara and Defendant Benchmark Electronics Huntsville, Inc. (collectively, the "Parties") hereby submit this Joint Stipulation of Dismissal and further stipulate that the above-captioned matter has been resolved and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), is due to be dismissed with prejudice, each party to bear his or its own costs.

THE PARTIES HAVE AGREED THAT M. TAE PHILLIPS WILL E-FILE THE FOREGOING REPORT ON BEHALF OF ALL PARTIES.

Respectfully submitted this the 3̶r̶d̶ 5th day of July, 2023.

Philip M. DeFatta (ASB-9307-R7F)
DEFATTA LAW FIRM, LLC
200 West Side Square, Suite 725
Huntsville, Alabama 35801
Telephone: (256) 257-4674
Facsimile: (256) 573-1023
phil@defattalaw.com

*Attorney for Plaintiff*

M. Tae Phillips (ASB-6565-W74P)
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
420 20th Street North, Suite 1900
Birmingham, Alabama 35203
Telephone: (205) 328-1900
Facsimile: (205) 328-6000
tae.phillips@ogletree.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of July, 2023, I electronically filed the foregoing with the Clerk of the Northern District of Alabama, using the Court's CM/ECF system, which will send notification of such filing to the following:

Philip M. DeFatta
DEFATTA LAW FIRM, LLC
200 West Side Square, Suite 725
Huntsville, Alabama 35801
phil@defattalaw.com

Of Counsel

2